UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JIMMY GRIFFIN,<br><br>    Plaintiff,<br><br>  v.<br><br>SHERIFF DOUG MAUE, JASON BUEHLER,<br>AUSTIN LESLIE, and PAUL DONALDSON,<br><br>    Defendants. | Case No. 18-cv-870-JPG |

## **JUDGMENT**

This matter having come before the Court, the plaintiff having voluntarily dismissed his claims,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**DATED: November 26, 2019**

                                            **MARGARET M. ROBERTIE, Clerk of Court**

                                            **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**